ANITA F. STORK (SBN 142265)
JAMES R. ATWOOD (SBN 044798)
TARA M. STEELEY (SBN 231775)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
astork@cov.com

Attorneys for Defendant Integrated Device
Technology, Inc.

[Additional Counsel and Parties Appear at End]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RECLAIM CENTER, INC.; *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD; *et al.*,<br><br>                    Defendants. | Civil Case No.: C-06-6533 SI<br><br>MDL 1819 (pending)<br><br>**STIPULATION TO STAY PROCEEDING PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1(b) and 6-2 of the United States District Court for the Northern District of California, the following parties hereby stipulate to a stay of the proceeding for the following good cause:

1. At least 49 complaints have been filed to date in federal district courts by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price

1  fixing by manufacturers of Static Random Access Memory ("SRAM") (collectively, the

2  "SRAM cases").

3      2. There is currently pending before the Judicial Panel on Multidistrict Litigation

4  ("JPML") a request pursuant to 28 U.S.C. §1407 to consolidate in this district the SRAM cases

5  filed here and in other districts nationwide.

6      3. On December 14, 2006, the JPML issued a Notice of Hearing Session stating

7  that the request to consolidate the SRAM cases will be heard by the JPML on January 25, 2007

8  (MDL 1819).

9      4. The parties agree that, at some point subsequent to that hearing, the JPML is

10  likely to grant the transfer and coordination or consolidation request.

11      5. In light of the pending request before the JPML, Plaintiffs and Defendants

12  Micron Technology, Inc. and Micron Semiconductor Products, Inc. stipulated on November 13,

13  2006 to extend the time for these Defendants to respond to the Complaint in the above-

14  captioned action to the earlier of the following two dates: (1) thirty days after the filing of a

15  Consolidated Amended Complaint in the SRAM cases; or (2) thirty days after Plaintiffs provide

16  written notice that they do not intend to file a Consolidated Amended Complaint, provided that

17  such notice may be given only at or after the initial case management conference in the MDL

18  transferee court in this case.  All other defendants in this case, including Integrated Device

19  Technology, Inc., joined in that Stipulation.  There have not been any other time modifications

20  in this case.

21      6. Anticipating a decision by the JPML, two courts in this district have already

22  denied a series of administrative motions to consider whether certain SRAM cases should be

23  related.  These courts denied all of these motions without prejudice to renewal following the

24  resolution of the proceedings before the JPML.  *See Dataplex, Inc. v. Alliance Semiconductor*

25  *Corp., et. al*, No. 06-6491 CW (12/14/06 Order of Judge Wilken) (Document 13 in 06-6511

26  EDL); *see also In re DRAM Litigation*, No. M02-1486 PJH (11/15/06 Order of Judge

27  Hamilton).

28

7. Given the January 25, 2007 hearing date for MDL 1819, the dates set forth in the Case Management Scheduling Order filed October 18, 2006, including deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR Local Rule 3.5, will come to pass before the JPML acts on the pending request.

8. District Courts possess the authority to issue stays pending JPML consideration of motions for transfer and consolidation. *See, e.g., Conroy v. Fresh Del Monte Produce, Inc.*, 325 F. Supp. 2d 1049, 1053 (N.D. Cal. 2004) ("The decision to grant or deny a temporary stay of proceedings pending a ruling on the transfer of [a] matter to the MDL court lies within this Court's discretion.") (citing *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936)); *see also Good v. Prudential Ins. Co. of Am.*, 5 F. Supp. 2d 804, 809 (N.D. Cal. 1998) ("Courts frequently grant stays pending a decision by the MDL Panel regarding whether to transfer a case.").

9. A stay pending the JPML's resolution of the MDL motion would promote judicial efficiency, allow consistency in pretrial rulings, and be most convenient to the parties, including the Plaintiffs in the above-captioned action.

10.     Accordingly, the parties hereby STIPULATE to and respectfully request the Court to VACATE its Case Management Scheduling Order filed October 18, 2006 and to STAY this action pending the JPML's resolution of the MDL motion.

DATED: December 21, 2006                 Respectfully submitted:

                                         By:     /s/  Tara M. Steeley
                                                 Anita F. Stork
                                                 James R. Atwood
                                                 Tara M. Steeley
                                                 COVINGTON & BURLING LLP
                                                 Attorneys for Defendant Integrated
                                                 Device Technology, Inc.

DATED: December 21, 2006                 Respectfully submitted:

                                         By:     /s/ Matthew R. Schultz
                                                 Francis O. Scarpulla
                                                 Craig C. Corbitt
                                                 Judith A. Zahid
                                                 Matthew R. Schultz
                                                 ZELLE, HOFMANN, VOELBEL,
                                                 MASON & GETTE LLP
                                                 Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                         _____
                                         The Honorable Susan Illston
                                         United States District Court Judge

-4-
STIPULATION TO STAY PROCEEDING
Case No.: C-06-6533 SI